UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09226
   CELINE E ANDREWS
                                    CHAPTER 13

                                    JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-8818

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/21/2007 and was not confirmed.

    The case was dismissed without confirmation 08/06/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALLEGRO ACCEPTANCE CORP | SECURED | 2475.70 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| COOK COUNTY COLLECTOR | SECURED | 6899.00 | .00 | .00 |
| EMC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE CORP | MORTGAGE ARRE | 31000.00 | .00 | .00 |
| UMLI HOME VEST CAPITAL | CURRENT MORTG | .00 | .00 | .00 |
| UMLI HOME VEST CAPITAL | MORTGAGE ARRE | 6000.00 | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 2122.00 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2527.18 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/ EMPIRE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 829.90 | .00 | .00 |
| HSBC/CARSONS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2627.53 | .00 | .00 |
| PROFESSIONAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| THE HOME DEPOT/ CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 149.15 | .00 | .00 |
| US BANK | UNSECURED | 825.06 | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO BANK | UNSECURED | NOT FILED | .00 | .00 |
| ALLEGRO ACCEPTANCE CORP | UNSECURED | 75.33 | .00 | .00 |
| ROBERT V SCHALLER ^ | DEBTOR ATTY | 3,178.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                             .00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09226 CELINE E ANDREWS

```
PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                           ---------------     ---------------
TOTALS                                 .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/03/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE